**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| JSRT PROPERTIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: <u>1:10cv000498</u> |
| | ) |
| THE TRAVELERS INDEMNITY CO., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff and the Defendants hereby stipulate that this action shall be, and hereby is, dismissed with prejudice as settled, without an award of costs, and with all parties bearing their own attorneys' fees.

ENTERED this _____ day of _____, 2010.

_____
JUDGE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

2

__/s/ C. Thomas Brown, Esquire__
C. Thomas Brown, Esquire
Va. State Bar No.: 23743
**SILVER & BROWN**
A Professional Corporation
10621 Jones Street
Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618  - Facsimile
tom@virginia-lawyers.net
*Counsel for Plaintiff*


__/s/ Craig D. Roswell, Esquire__
Craig D. Roswell, Esquire
cdroswell@nilesbarton.com
M. David Stallings, Esquire
mdstallings@nilesbarton.com
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300
(410) 783-6363 – facsimile
*Counsel for The Travelers Indemnity Company*